IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

VANDY D. STOVALL     PLAINTIFF

v.     Case No. 6:24-cv-6035

DR. GUY HENRY     DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 12. Judge Ford recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice for failure to prosecute this case and for failure to obey orders of the Court in violation of Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2), respectively. Plaintiff has not filed an objection to the R&R and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R *in toto*. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 18th day of June, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge